UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IBRAHIM SHAH, | ) | No. 3:16-cv-00212-WHA |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JACKSON HEWITT, INC., | ) | Trial Date:    None Set |
| Defendant. | ) | |

Pursuant to stipulation, and for good cause shown, (i) Jackson Hewitt, Inc.'s deadline to respond to the complaint is extended to April 4, 2016; (ii) the Parties' deadline to meet and confer is extended to April 4, 2016; and (iii) the Parties' deadline to complete ADR certification and to stipulate to ADR process is extended to April 7, 2016.

IT IS SO ORDERED.

Dated:  March 24, 2016.

　　　　　　　　　　　　　　　　　Honorable William Alsup
　　　　　　　　　　　　　　　　　United States District Judge